1

2

3

4

5

6

7

8         UNITED STATES  DISTRICT COURT

9           Northern District of California

10              Oakland Division

11   A&B HOMES, LLC,                          No. C 11-00406 CRB (LB)

12              Plaintiff,
        v.                                    **NOTICE OF REFERRAL AND**
13                                            **ORDER RE DISCOVERY**
     REO BAY AREA, LP, *et al.*,              **PROCEDURES**
14
              Defendants.                     [ECF No. 8]
15   _____/

16

17   TO ALL PARTIES AND COUNSEL OF RECORD:

18       The district court has referred all discovery in the above-captioned matter to United States

19   Magistrate Judge Laurel Beeler.  ECF No. 10.[1]  On March 1, 2011, Plaintiff A&B Homes, LLC filed

20   a notice requesting an order directing defendants to produce the original note without alterations for

21   "Lot 90 as shown on the Map of Subdivision 8609, filed on August 20, 2003, Map Book 455, at

22   page 48, Contra Costa County Records."  ECF No. 8 at 2.  A&B Homes, LLC filed the notice pro se.

23   *Id.* at 1.

24       The court preliminarily observes that a corporation may appear in federal court only through

25   licensed counsel.  *See Rowland v. California Men's Colony*, 506 U.S. 202, 201-02 (1993); *United*

26   *States v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993); N.D. Cal. Civ.

27   L.R. 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may appear

28   _____

          [1] Citations are to the clerk's electronic case file (ECF) with pin cites to the electronic page
     numbers at the top (as opposed to the bottom) of the page.

     NOTICE OF REFERRAL AND ORDER
     C 11-00406 CRB (LB)

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

only through a member of this court.").  Also, and in any event, this court's standing order (attached)

requires certain procedures for addressing discovery disputes.  Those procedures require, among

other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead

counsel for the parties must meet and confer **in person**.  If that procedure does not resolve the

disagreement, the parties must file a joint letter instead of a formal motion.  After reviewing the joint

letter, the court will evaluate whether further proceedings are necessary, including any further

briefing or argument.

Accordingly, the pending discovery motion is not properly before the undersigned.  The court

therefore **DENIES** the pending discovery motion without prejudice.

This disposes of ECF No. 8.

**IT IS SO ORDERED.**

Dated: March 21, 2011

_____

LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California